1

2

3

4                        **UNITED STATES DISTRICT COURT**

5                             **DISTRICT OF NEVADA**

6

7    J & J SPORTS PRODUCTIONS, INC.              )
                                                 )
8                 Plaintiff,                      )        Case No. 2:15-cv-01068-JAD-GWF
                                                 )
9    vs.                                          )        **ORDER TO SHOW CAUSE**
                                                 )
10   MARICELA GARCIA, et al.,                     )
                                                 )
11                Defendants.                     )
                                                 )

12

13           It appears from the docket that attorney Richard J. Gunnerson is admitted to practice in

14   Nevada but does not maintain a Nevada office.  Attorneys who are licensed in Nevada but do not

15   maintain an office here are subject to the requirements outlined in Local Rule IA 10-1(b), namely

16   that they must "either associate a licensed Nevada attorney maintaining an office in Nevada or

17   designate a licensed Nevada attorney maintaining an office in Nevada, upon whom all papers,

18   process, or pleadings required to be served upon the attorney may be so served."  *See, e.g., Levi v.*

19   *Social Security Admin.*, 2012 U.S. Dist. Lexis 121098, *2 (D. Nev. Aug. 27, 2012).  Thereafter,

20   Court filings must include the name and office address of the associated or designated attorney.  *See*

21   Local Rule 10-1(b)(2).  The Court hereby ORDERS Mr. Gunnerson to show cause in writing, no

22   later than **December 18, 2015**, why he has not complied with this rule.

23           IT IS SO ORDERED.

24           DATED this 11th day of December, 2015.

25

26                                               _____
                                                 GEORGE FOLEY, JR.
27                                               United States Magistrate Judge

28