## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARICELA GARCIA, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:15-cv-01068-JAD-GWF <br><br> **ORDER** |

Counsel Richard Gunnerson, attorney for Plaintiff, having responded to the Court's Order to Show Cause, and having substituted out of this matter and local counsel substituted in his place, no issues remain with regard to the show cause order.

DATED this 18th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge