UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JJ Sports Productions, Inc.,

    Plaintiff

v.

Maricela Garcia, et al.,

    Defendants

2:15-cv-01068-JAD-GWF

**Order Dismissing Action Under FRCP 4(m)**

    JJ Sports Productions, Inc. sues Maricela Garcia, Nick Maldonado, Roberto Carlos Ortiz Vargas, Oscar Toro, and Arriba El Norte, LLC dba Arriba El Norte Nightclub for unlawfully intercepting JJ Sports Productions' transmission of a televised fight.[1] I dismissed the plaintiff's claims against Arriba El Norte, LLC under FRCP 12(b)(6),[2] and the Clerk of Court notified this plaintiff that it had until February 14, 2016, to file a proof of service of process on the remaining defendants or this case would automatically be dismissed.[3] The February 14, 2016, deadline has passed, and the plaintiff has not filed proof of service of process on any remaining defendant. Accordingly, with good cause appearing and no reason for delay,

    IT IS HEREBY ORDERED that **this case is DISMISSED in its entirety under FRCP 4(m).** The Clerk of Court is instructed to CLOSE THIS CASE.

    Dated this 17th day of February, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 9.

[2] ECF 20.

[3] ECF 26.